### 9059.  Brooks v. The State.

Bloodworth, J.    When considered in connection with the explanatory notes of the trial judge, attached to the grounds of the amended motion for new trial, and in the light of the entire charge, there was no error in the excerpts complained of, the evidence authorized the verdict, and the new trial was properly refused.

Judgment affirmed. Broyles, P. J., and Harwell, J., concur.

Decided October 31, 1917.

Accusation of misdemeanor; from city court of Macon—Judge Guerry. July 6, 1917.

Hunter & Wimberly, for plaintiff in error.

Will Gunn, solicitor, contra.